UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | CAUSE NO. 3:10-CR-24 RM |
| LARRY C. WILSON | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on April 7, 2010 [Doc. No. 25]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Larry C. Wilson's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 2250.

SO ORDERED.

ENTERED:  May 4, 2010

/s/ Robert L. Miller, Jr.
Robert L. Miller, Jr., Judge
United States District Court